IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMIRA MOORE,    CASE NO.:

Plaintiff,

-vs-

TYNDA HOLDING, d/b/a
VICTORY CASINO CRUISES,

Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff SAMIRA MOORE, by and through her undersigned attorneys, and sues Defendant, TYNDA HOLDING, d/b/a VICTORY CASINO CRUISES (hereinafter VICTORY) and alleges:

1. This is an action for damages that exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorneys' fees.

2. This court has jurisdiction pursuant to 28 USC §1333 and the Contract of Carriage.

3. Plaintiff has satisfied and performed all conditions precedent for bringing this action.

4. At all times material hereto, Plaintiff, SAMIRA MOORE was a resident of Kissimmee, Osceola County, Florida.

5. At all times material hereto, the Defendant, VICTORY, maintained offices and agents and was doing business in the State of Florida, at 180 Christopher Columbus Drive, Cape Canaveral, FL 32920, in Brevard County, Florida.

6. At all times material hereto, Defendant, VICTORY was the bareboat charterer, pro hac vice owner, owner and/or operator of the cruise vessel VICTORY, a casino cruise vessel which Defendant used to transport fare-paying passengers from Port Canaveral, Florida.

7. At all times material hereto, the Defendants owed a duty of reasonable care under the circumstances to the Plaintiff who was a fare-paying passenger aboard the Defendants cruise ship, VICTORY.

8. On or about August 16, 2020, Defendant negligently maintained the area around the stairs and the stairs where passengers exit the ship aboard the VICTORY. Specifically, VICTORY allowed a wet substance believed to be water on the floor leading to the stairs and on the stairs as the Plaintiff exited the ship.

9. Defendant knew, or in the exercise of reasonable care under the circumstances, should have ensured that the flooring and stairs were not wet as the Plaintiff exited the ship.

10. On August 16, 2020, Plaintiff, SAMIRA MOORE was exiting the ship when she slipped and fell on wet substance on the as she exited, and as a direct and proximate result of Defendant's failure to reasonably maintain the area, Plaintiff was injured.

11. On the date and at the place aforesaid, the Defendant, VICTORY, breached its duty owed to the Plaintiff, SAMIRA MOORE, by committing one or more of the following omissions or commissions:

   a. Negligently failing to maintain or adequately maintain the stairs and area around the stairs;

   b. Negligently failed to inspect or adequately inspect the stairs and the area around the stairs;

   c. Negligently failed to warn or adequately warn the Plaintiff, SAMIRA MOORE, of the danger of the wet stairs and the area around the stairs, when the Defendant, VICTORY, knew or should have known of said danger and that the Plaintiff, SAMIRA MOORE, was unaware of said danger; and

    d. Negligently failed to correct, or adequately correct the dangerous condition of the wet stairs and are around the stairs when said dangerous condition was known to the Defendant, VICTORY, or had existed for a sufficient length of time so that the Defendant should have known of it.

  12. As a direct and proximate result of the negligence of the Defendant, VICTORY'S failure to use reasonable care under the circumstances, the Plaintiff, SAMIRA MOORE suffered serious bodily injury, resulting in pain and suffering, disability, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and ability to earn money.  Plaintiff, SAMIRA MOORE continues to have pain, and as such, continues to seek treatment.  The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

  WHEREFORE, the Plaintiff, SAMIRA MOORE demands judgment against the Defendant, TYNDA HOLDING, LLC d/b/a VICTORY CASINO CRUISES for compensatory, pre-judgment interest, post judgment interest, costs and general relief, and further demands a trial by jury on all issues so triable.

  DATED this 19th day of October, 2021.

                      */s/ Adam Brum*
                      Adam Brum, Esquire
                      Florida Bar #:  999512
                      Morgan & Morgan
                      111-2nd Avenue NE, Suite 1600
                      St. Petersburg, FL 33701
                      Tele:  (727) 318-6357
                      Fax:  (727) 318-6382
                      abrum@forthepeople.com
                      sgibsonpeters@forthepeople.com
                      meichinger@forthepeople.com
                      Attorney for Plaintiff